## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:22CR147 |
| vs. | ) | |
| BALING N. DAT, | ) | ORDER |
| Defendant. | ) | |

This matter is before the Court on the defendant's Unopposed Motion to Continue Trial [241]. For the reasons set forth in the motion, the undersigned magistrate judge finds good cause to grant the continuance. Accordingly,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [241] is granted, as follows:

1. The jury trial, **as to defendants Baling N. Dat, Dilang N. Dat and Jany G. Jock,** now set for April 16, 2024, is continued to **August 6, 2024.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and August 6, 2024**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. **No further continuances will be granted without requesting a hearing before the undersigned magistrate judge.**

4. **Any party objecting to this order must file a Statement of Objections to Magistrate Judge's Order on or before April 8, 2024, in accordance with NECrimR 59.2(a).**

DATED: April 4, 2024.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge