IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BALING N. DAT, DILANG N. DAT, and JANY G. JOCK

    Defendants.

8:22-CR-147

**ORDER**

The Court has received three motions in limine from defendant Dilang N. Dat, Filing 251; Filing 267; Filing 282, and two motions in limine from defendant Baling N. Dat, Filing 288; Filing 292. Baling N. Dat has also filed a Motion to Reopen and Enlarge Time to File a Pretrial Motion, which includes a proposed Motion to Sever. Filing 286. The Court granted a motion to extend the pretrials motion deadline as to defendant Jany G. Jock, but only as to matters that relate to discovery received by the defendant on August 8, 2024. Filing 300 (Text Order). The United States has also filed a motion in limine. Filing 297. The Court has granted several motions to continue the pretrial motions deadlines. *See* Filing 271 (Text Order); Filing 272 (Text Order); Filing 285 (Text Order); Filing 300 (Text Order).

    Accordingly,

    IT IS ORDERED that the United States shall respond to the defendants' Motions, including any motion filed by Mr. Jock, by no later than Tuesday, August 13, 2024.

    IT IS FURTHER ORDERED that any defendant who wishes to respond to the Government's motion must do so no later than Tuesday, August 13, 2024.

1

Dated this 9th day of August, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge