IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> BALING N. DAT, DILANG N. DAT, and JANY G. JOCK <br><br> Defendants. | NO. 8:22-CR-147 <br><br> MEMORANDUM AND ORDER ON MOTION TO SQUASH |

Presently before the Court is defendant Jany Jock's Motion to Quash Subpoena, Filing 344, seeking to quash a subpoena from codefendant Baling Dat. The Court previously granted Jock's Motion to Quash a subpoena from another codefendant, Dilang Dat. Filing 312 (Motion); Filing 338 (Order). For the same reasons, the Court also grants this Motion to Quash Subpoena. Filing 344.

Jock has a Fifth Amendment right "to refuse to testify against himself at a criminal trial in which he is a defendant." *Vega v. Tekoh*, 597 U.S. 134, 141 (2022) (citation omitted). This right is "absolute." *Salinas v. Texas*, 570 U.S. 178, 184 (2013). Further, the jury should not be made aware that a defendant is invoking his right to refuse to testify against himself. *See United States v. Perez*, 29 F.4th 975, 988 (8th Cir. 2022) ("It is well established that 'the Fifth Amendment . . . forbids either comment by the prosecution on the accused's silence or instructions by the court that such silence is evidence of guilt.'" (quoting *Griffin v. California*, 380 U.S. 609, 615 (1965))). Thus, Jock's Motion to Quash Subpoena, Filing 344, is granted. Accordingly,

IT IS ORDERED that defendant Jany Jock's Motion to Quash, Filing 344, is granted.

Dated this 16th day of August, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge